

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-20-00168-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 1 |
| GABRIELA QUIROZ MACEDO, | § | of Williamson County, Texas |
| Appellee. | § | (TC# 20-0505-CC1) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF DECEMBER 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ., Rodriguez, C.J., (Senior Judge, Ret.) and Gabriel, J., (Senior Judge, Ret.)
Alley, C.J., and Gabriel, J., dissenting without written opinion

(Do Not Publish)